NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MILES CHRISTIAN-HART,    )
                         )
        Appellant,       )
                         )
v.                       )        Case No. 2D16-2875
                         )                 2D17-1110
WELLS FARGO BANK, N.A.,   )
                         )        <u>CONSOLIDATED</u>
        Appellee.        )
_____)

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Sarasota
County; Nancy K. Donnellan, Senior Judge
and Brian A. Iten, Judge.

Steven Fox, Sarasota, for Appellant.

Sara F. Holladay-Tobias and Emily
Rottmann of McGuireWoods LLP,
Jacksonville, for Appellee.

PER CURIAM.


            Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.